UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PAUL DIBIASE,<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>12 Cr. 834-01 (ER) |

Ramos, D.J.:

    Upon the application of Alan Nelson, C.J.A. attorney assigned to this case, it is hereby ordered that he be substituted and the representation of the defendant in the above captioned matter be assigned to **Peter Enrique Quijano**.

SO ORDERED.

Dated: New York, New York
       May 12, 2020

                                                          Edgardo Ramos, U.S.D.J.