Paul DiBiase
67560054
F.C.I.-Butner-Medium-II
Federal Correctional Institution
P.O. Box-1500
Butner, N.C. 27509

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/24/2020

May 18, 2020

Paul DiBiase-v-United States
16-CV-4722
12-CR-0834

Honorable Edgardo Ramos,
United States District Court Judge:
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Judge Ramos,

I'm sorry to bother you I know Im the last person you want to hear from. I am in a bad situation I did not cause. The CJA attorney you appointed to me has closed his law practice and abandoned me on my appeal. Mr Barry Leiwant told me to write to you, he is in charge of the Appellate Section in the Federal Defenders office.

We have been on quarantine for months to protect people in here who are sick and would die from the corona virus. There is over 300 prisoners

in the Butner Complex with the virus and many that died. We only got out of our cells 3 times a week for 45 minutes to shower and call home. My family and me called Mr. Nelson's law office over and over and e-mailed him. Mr. Nelson never responded. How is his behavior ethical your Honor. Mr. Nelson never bother to even tell me he was closing his law practice and droping my appeal. I had to hear this from another attorney who contacted Mr. Nelson to find out what was wrong. Here I was worried about him and come to find out I'm very insignificant to him.

    Although I do have a strong case under Johnson-v-United States 135 S.Ct. 2551 (2015) my appeal issues go beyond that. I know attorney's were appointed to prisoners with the (ACCA) and Johnson issues which Welch-v-United States made retroactive.

    I would ask you to please appoint Mr. Leiwant to my 28:USC 2255 appeal but Mr. Peter Baum is still representing my brother for compassionate release. I have no idea what the status of my appeal is. Is my 28:USC 2255 motion still pending?

    Your Honor would you please appoint a good attorney to me from the Habeas corpus committee. I need an attorney to represent me and protect my constitutional rights. It wasn't my fault Mr. Nelson quit I didn't do anything wrong and I was always respectful. I've changed my life, I've stay trouble free for 8 years now. Please appoint an attorney to protect me on my appeal. Please Judge I'm not well and I don't want to die in here alone, I'm done with this kind of life.

                          Sincerely,
                            Paul O'Brien

Name: Paul DiBiase   Number: 67560 054
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

LEgal
mail

◇67560-054◇
Edgardo Ramos
U.S. District Crt.Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

RALEIGH NC 275
Research Triangle Region
19 MAY 2020 PM 3 L



USM P3
SDNY

10007-131608